IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOEY PEREA,

    Plaintiff,

v.   No. 13-cv-0561 GBW/SMV

CITY OF LAS CRUCES, et al.

    Defendants.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

THIS MATTER is before the Court on a Rule 16 scheduling conference. Following a review of the parties' Joint Status Report and Provisional Discovery Plan [Doc. 15], filed August 29, 2013, the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by the Court's Scheduling Order, filed concurrently herewith.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**