## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**JOEY PEREA,**

      **Plaintiff,**

**v.**                                                    **No. 13-cv-0561 GBW/SMV**

**CITY OF LAS CRUCES, et al.**

      **Defendants.**


## ORDER SETTING TELEPHONIC STATUS CONFERENCE

      **Date and time**:          March 3, 2014, at 11:00 a.m.

      **Matter to be heard**:  Status Conference

      A telephonic status conference is hereby set for March 3, 2014, at 11:00 a.m.  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] Parties shall be prepared to discuss the status of discovery and whether to set a settlement conference.  Parties are reminded to have their calendars available for the hearing.

      **IT IS SO ORDERED.**

 

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.