UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

JOEY PEREA,

       Plaintiff,

vs.

                                              No. 2:13-CV-00561-GBW-SMV

CITY OF LAS CRUCES, NEW MEXICO,
LAS CRUCES POLICE DEPARTMENT,
Officer RICHARD GARCIA, Officer GIL MORA,
and Officer ISAIAH BAKER,
in their individual and official capacities,

       Defendants.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO:    Warden Robert Stewart
         Central New Mexico Correctional Facility
         1525 Morris Road,
         Los Lunas, New Mexico 87031

Greetings:

       This Court has been advised that Joey Perea, NMCD# 41075, is now confined under your custody at Central New Mexico Correctional Facility and that his presence is necessary in this Court.

       THEREFORE, the Court commands you to bring or cause to be brought the person of Joey Perea, NMCD# 41075, before Judge Stephan M. Vidmar, United States District Court for the District of New Mexico, in the Doña Ana Courtroom, United States Courthouse, 100 N. Church Street, Las Cruces, New Mexico on May 6, 2014 at 8:30 a.m. Joey Perea shall remain present in the Court as required and, when his presence is no

longer needed, shall, upon the direction of the Court be returned to your custody for safe and secure passage back to the place of confinement from which he was brought.

Writ shall be issued to the United States Marshal to execute.

_____
Honorable Stephan M. Vidmar
United States Magistrate Judge


DATED: ___April 24, 2014_____


Prepared by: Christopher Cardenas, Attorney for Plaintif
Approved by: David Lutz, Attorney for Defendants.